FILED
 2017 Sep-22  PM 04:11
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RANDY E. GLAZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) _____ |
| | ) |
| AMSHER COLLECTION SERVICES, | ) |
| INC.,  Fictitious Defendants "A", "B", | ) |
| and "C", | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Amsher Collection Services, Inc. ("ACS"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, *et seq.*, hereby removes this action from Circuit Court of Jefferson County, State of Alabama to the United States District Court for the Northern District of Alabama.  In support of this Notice of Removal, ACS states as follows:

1. On or about August 17, 2017, Plaintiff, Randy E. Glaze ("Plaintiff"), commenced a civil action in the Circuit Court of Jefferson County, State of Alabama, entitled and captioned *Randy E. Glaze v. Amsher Collection Services, Inc.*, Case No. 01-cv-2017-903444.00 (hereinafter the "State Court Action").  No further proceedings before the State Court have occurred.

2. In the Complaint, Plaintiff alleges statutory causes of action against ACS under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.* and the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* A true and correct copy of Plaintiff's Complaint and an entire copy of the State Court file, including copies of all process, pleadings and orders are attached hereto as Exhibit "A." Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because Plaintiff affirmatively alleges violations of the FDCPA and TCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. On August 23, 2017, ACS was served with a copy of the Summons and Complaint.

4. The time within which ACS is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which ACS was served with Plaintiff's Complaint. *See* 28 U.S.C. § 1446.

5. The Circuit Court of Jefferson County, State of Alabama, is located within the United States District Court for the Northern District of Alabama. Therefore, venue for purposes of removal is proper because the United States District Court for the Northern District of Alabama embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of this action is being immediately provided to the Circuit Court of Jefferson County, State of Alabama. *See* Exhibit "B" attached hereto.

7. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant, Amsher Collection Services, Inc., gives notice that this action is removed from the Circuit Court of Jefferson County, State of Alabama, to the United States District Court for the Northern District of Alabama.

Dated: September 22, 2017.

Respectfully submitted,

*/s/ Laura C. Nettles*
Laura C. Nettles (ASB-5805-S63l)
*Attorney for Defendant*
*AmSher Collection Services, Inc.*

**OF COUNSEL:**

**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
880 Montclair Road, Suite 100
Birmingham, AL 35213
Telephone:   (205) 967-8822
Facsimile:   (205) 967-2380
lnettles@lgwmlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2017, a true and correct copy of the aforementioned document was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

John G. Watts, Esq.
M. Stan Herring, Esq.
**WATTS & HERRING, LLC**
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 879-2447
(888) 522-7167, Fax
john@wattsherring.com
stan@wattsherring.com

D. Benjamin Traylor, Esq.
**TRAYLOR & DAVIS, LLC**
P. O. Box 11764
Birmingham, AL  35202
(205) 452-0307
(877) 360-3562, Fax
btraylor@traylordavis.com


                                            */s/  Laura C. Nettles*
                                            Of Counsel