FILED
2018 Jan-05 PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RANDY E. GLAZE,** | ] | |
| | ] | |
| **Plaintiffs,** | ] | |
| | ] | |
| v. | ] | **CIVIL ACTION NO.:** |
| | ] | **2:17-CV-1641 KOB** |
| | ] | |
| **AMSHER COLLECTION** | ] | |
| **SERVICES, INC.** | ] | |
| **Defendant.** | ] | |
| | ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Tuesday, March 6, 2018 that final settlement documentation could not be completed.

DONE and ORDERED this 5th day of January, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE