FILED
2018 Feb-09 PM 12:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RANDY E. GLAZE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | **2:17-cv-01641-KOB** |
| | ) | |
| **AMSHER COLLECTION SERVICES, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Randy E. Glaze ("Plaintiff") and Defendant AmSher Collection Services, Inc. ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendant AmSher Collection Services, Inc., in the above-styled action, with the parties to bear their own fees, costs and expenses.

Respectfully submitted this 8th day of February, 2018.

John G. Watts (ASB-5819-t82j)
M. Stan Herring (ASB-1074-n72m)
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
*Attorneys for Plaintiff*

Stephen E. Whitehead, Esq.
Laura C. Nettles, Esq.
Lloyd, Whitehead, Gray & Monroe
880 Montclair Road, Suite 100,
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
Steve@lgwmlaw.com
lnettles@lgwmlaw.com
*Attorneys for Defendant, AmSher Collection Services, Inc.*