# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RANDY E. GLAZE,** | ] |
| **Plaintiff,** | ] |
| VS. | ] CIVIL ACTION NO. |
| | ] 2:17-CV-1641 KOB |
| **AMSHER COLLECTION SERVICES, INC.,** | ] |
| **Defendant.** | ] |

## <u>O R D E R</u>

This cause comes before the court upon the "Joint Stipulation of Dismissal With Prejudice."  (Doc. 7).  Upon consideration thereof, the court ORDERS that this case be, and the same hereby is, DISMISSED, in its entirety, WITH PREJUDICE, each party to bear his or its own costs.

**DONE** and **ORDERED** this 12th day of February, 2018.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE